1230

to file a brief as *amici curiae* granted. Certiorari denied.

No. 90–5549. VOTTELER *v.* UNITED STATES, 498 U. S. 1000;

No. 95–508. KEARNS *v.* CHRYSLER CORP. ET AL., 516 U. S. 989;

No. 95–1276. ZOLT ET AL. *v.* BINGHAM, ANCILLARY ADMINISTRATOR OF THE ESTATE OF MARLEY, ET AL., *ante*, p. 1134;

No. 95–6847. NADAL *v.* UNITED STATES, 516 U. S. 1122;

No. 95–7569. VARGAS *v.* GUNN, WARDEN, *ante*, p. 1107;

No. 95–7600. KOWALSKI *v.* OREGON STATE BAR ET AL., *ante*, p. 1108;

No. 95–7751. BERGMANN *v.* McCOLLOUGH, *ante*, p. 1141;

No. 95–7856. MISEK-FALKOFF *v.* INTERNATIONAL BUSINESS MACHINES CORP., *ante*, p. 1111;

No. 95–7861. IN RE ROY, *ante*, p. 1132;

No. 95–7885. ESTES *v.* NAMBA ET AL., *ante*, p. 1144;

No. 95–7900. IN RE ROBINSON, 516 U. S. 1170;

No. 95–7940. ROBINSON *v.* MELOY, SUPERINTENDENT, ROCKVILLE TRAINING CENTER, *ante*, p. 1158;

No. 95–7956. YATES *v.* GODWIN, *ante*, p. 1159;

No. 95–8048. AKECH *v.* UNITED STATES, *ante*, p. 1125;

No. 95–8064. AGUILAR *v.* NEWTON, WARDEN, ET AL., *ante*, p. 1145; and

No. 95–8200. GARNER *v.* OHIO, *ante*, p. 1147. Petitions for rehearing denied.

JUNE 3, 1996

No. 95–1321. TALBOTT, INDIVIDUALLY, AND AS ADMINISTRATRIX OF THE ESTATE OF BEAVERS, ET AL. *v.* C. R. BARD, INC., ET AL. C. A. 1st Cir. Certiorari dismissed under this Court's Rule 46.

No. 95–740. UNION SECURITY LIFE INSURANCE CO. *v.* CROCKER. Sup. Ct. Ala. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *BMW of North America, Inc.* v. *Gore, ante*, p. 559.